This decision was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of non-precedential dispositions. Please also note that this electronic decision may contain computer-generated errors or other deviations from the official paper version filed by the Supreme Court.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CARRINGTON MORTGAGE SERVICES, LLC,**

Plaintiff-Appellee,

**v.**                                                    **No. A-1-CA-37399**

**JOHN F. TOWNSEND,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**John A. Dean, Jr., District Judge**

Rose L. Brand & Associates, P.C.
Eraina M. Edwards
Albuquerque, NM

for Appellee

NM Trust and Probate Law Firm, LLC
Monica A. Davis
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}     Defendant appeals from the district court's order denying his motion to reconsider summary judgment and order for sale and underlying summary judgment

and order for foreclosure sale. In this Court's notice of proposed disposition, we proposed to summarily reverse and remand. Defendant filed a memorandum in support, and Plaintiff filed a memorandum in response to proposed notice of summary disposition (MIO).

{2}     In its memorandum in opposition, Plaintiff acknowledges that "the error occurred at the summary judgment phase," argues that it is entitled to file a second motion for summary judgment providing the required evidence, and requests that this Court instruct the district court to "only set aside the summary judgment and resulting foreclosure sale." [MIO 1, 3] Accordingly, for the reasons stated in our notice of proposed disposition and herein, we reverse the district court's denial of Defendant's motion for reconsideration, entered April 18, 2018; reverse the district court's summary judgment and order for foreclosure sale, entered September 8, 2017, because there are issues of material fact; and remand for further proceedings.

{3}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**KRISTINA BOGARDUS, Judge**

2

_____

**BRIANA H. ZAMORA, Judge**